[No. 35776-0-I.  Division One.  May 6, 1996.]

ALFRED BROOKS, *Appellant*, v. MARK S. ADAMS, ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-25665-5, Sharon S. Armstrong, J., entered November 22, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 35936-3-I.  Division One.  May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL DAVID COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-8-01632-6, Ronald Castleberry, J., entered December 16, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 36470-7-I.  Division One.  May 6, 1996.]

TOMLINSON, INC., *Respondent*, v. WILLIAM A. MACE, ET AL., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-26075-8, R. Joseph Wesley J., entered April 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 36638-6-I.  Division One.  May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. E.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-00631-2, Com. Maruice Epstein, entered May 1, 1995. *Reversed* by unpublished per curiam opinion.